**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| | | |
|---|---|---|
| **Notice to Applicants - APPLICANT COPY** | **CASE TYPE** <br> I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | **NOTICE DATE** <br> 01/11/2024 |
| **APPLICATION/PETITION/REQUEST NUMBER** <br> SRC2407750088 | | **USCIS A#** ▮▮▮▮▮ / **CODE** N/A |
| **ACCOUNT NUMBER** | **TCR** | **SERVICE CENTER** TSC / **PAGE** 1 of 1 |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

ISDORE IFEANYI NJOKU



U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks

For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

**EXHIBIT C**

**APPLICATION NUMBER**
I485 - SRC2407750088



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21